IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Casey, Chatuisha – 1:19-cv-02962
Shelton, Steven – 1:18-cv-03949

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned case acknowledge that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated:  November 4, 2024

| | |
|---|---|
| */s/ M. Brandon Smith (with permission)*<br>M. Brandon Smith<br>Childers, Schlueter & Smith, LLC 1932 North Druid Hills Road, Suite 100<br>Atlanta, Georgia 30319<br>Telephone: (404) 419-9500 Facsimile: (404) 419-9501<br>Email: bsmith@cssfirm.com<br><br>***Attorney for Plaintiffs*** | */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>Faegre Drinker Biddle & Reath LLP 300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com<br><br>***Attorneys for Defendants*** |